IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L SCHUTT,<br><br>             Plaintiff,<br><br>vs.<br><br>LINCARE, INC., LINCARE HOLDINGS, INC., A Delaware Corporation;<br><br>             Defendants. | **4:14CV3229**<br><br>**ORDER** |

IT IS ORDERED: The motion to permit Mark M. Schorr to withdraw as counsel on behalf of Defendants Lincare, Inc. and Linccare Holdings, Inc., (filing no. 19), is granted.

Dated this 12th day of August, 2015

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge