IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L SCHUTT,<br><br>        Plaintiff,<br><br>vs.<br><br>LINCARE, INC., AND LINCARE HOLDINGS, INC., A Delaware Corporation;<br><br>        Defendants. | 4:14CV3229<br><br>**AMENDED PROGRESSION ORDER** |

The Parties conferred filed a joint motion for amendment of the final progression order. ([Filing No. 31](#)).

IT IS ORDERED that the amended progression order is as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **January 30, 2017**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 17, 2017 at **2:00 p.m.**, and will be conducted by WebEx conferencing. Instructions and codes for participating in the pretrial conference by WebEx may be found at Filing No. 24. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 13, 2017.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is July 29, 2016. Motions to compel Rule 33 through 36 discovery must be filed by August 12, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is September 30, 2016.

5) The deadline for filing motions to dismiss and motions for summary judgment is October 31, 2016.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 30, 2016.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 23rd day of May, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge