IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L SCHUTT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LINCARE, INC., and LINCARE HOLDINGS, INC., A Delaware Corporation;<br><br>　　　　　　Defendants. | **4:14CV3229**<br><br>**ORDER** |

The parties' joint motion, (Filing No. 50), is hereby granted, and the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on February 12, 2018, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 30, 2018 at **11:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 29, 2018.

3) The status conference scheduled to be held on June 20, 2017 is cancelled.

4) Motions to compel Rule 33 through 36 discovery must be filed by September 14, 2017.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deposition deadline is October 17, 2017.

6) The deadline for filing motions to dismiss and motions for summary judgment is October 31, 2017. [1]

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 31, 2017.

**8) No further continuances of any case progression deadline, or of the pretrial conference and trial settings, will be granted absent a very substantial showing of good cause.**

May 15, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.