IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TIMOTHY L SCHUTT, | |
|---|---|
| Plaintiff, | **4:14CV3229** |
| vs. | |
| LINCARE, INC., and LINCARE HOLDINGS, INC., A Delaware Corporation; | **ORDER** |
| Defendants. | |

After conferring with the parties,

IT IS ORDERED:

1) Plaintiff's motion to compel, (Filing No. 55), is resolved as stated on the record, (Filing No. 64).

2) The parties must participate in alternative dispute resolution (ADR) during the first two weeks of November. Counsel shall immediately confer with their clients regarding whether the preferred method of ADR is a settlement conference or mediation, and to select available dates.

3) The trial and pretrial conference settings are vacated pending further order of the court.

September 1, 2017

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge