IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L SCHUTT, | |
| Plaintiff, | 4:14CV3229 |
| v. | |
| LINCARE, INC., and LINCARE HOLDINGS, INC., A Delaware Corporation, | **JUDGMENT** |
| Defendants. | |

Pursuant to the terms of the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 84) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, without costs, disbursements, or fees to any party, complete record waived.

DATED this 12th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge